# Exhibit 2

| US7739238 | Learnfly ("The accused instrumentality") |
|---|---|
| 1. A file sharing method comprising | The accused instrumentality practices a file (e.g., courses, etc.) sharing method.<br><br>As shown below, the accused instrumentality allows users to request a search for courses uploaded by various instructors and download them. Instructors can publish these courses on the accused instrumentality's marketplace. The customer can download a course after purchasing a subscription plan.<br><br><br><br>https://www.learnfly.com/ |




https://www.learnfly.com/teachings




https://www.learnfly.com/teachings




https://www.learnfly.com/teachings

Choose Create Connect Earn

## Earn

**Earn & make the most of it**

Monetize your expertise and earn ample amount of profit. We let you structure your personal brand and deliver your course on any device, at any time.

**Inspire the folks**

Inspire and make a difference by imparting knowledge and training individuals with the right skills while enriching their lives.



https://www.learnfly.com/teachings

**What kind of courses can i promote on Learnfly.com?**

You can promote courses in various categories listed on our site like Web Development, IT & Security, Marketing, Business, Design, Lifestyle and more. We DO NOT allow any offensive video or course content on our platform. Please review our terms page for more info on prohibited content: https://www.learnfly.com/instructor-terms-conditions

https://www.learnfly.com/teachings

| | |
|---|---|
| |  <br>https://www.learnfly.com/ |




https://www.learnfly.com/posts/course_search

| | |
|---|---|
| | <br><br>https://www.learnfly.com/subscription<br><br>**Step 2: Signup for a subscription plan**<br><br>Once you are signed in, you can now purchase a single course or buy a subscription plan by clicking on a subscribe button next to the course page. You can also visit the plans & subscription page to compare the subscription plans. If you are a team & looking to create an account for your employees, you can signup for a **Team Subscription**. Contact support for more help with Team Plans & setup.<br><br>https://support.learnfly.com/hc/en-us/articles/10584640826130-How-it-works |
| receiving a request | The accused instrumentality practices receiving a request (e.g., a search request) from a |

| | |
|---|---|
| from a first user computing device for at least one file; | first user computing device (e.g., a PC, a smartphone, etc. of a user, etc.) for at least one file (e.g., a course, etc.).<br><br>As shown below, the accused instrumentality allows users to request a search for courses uploaded by various instructors.<br><br><br><br>https://www.learnfly.com/ |

| | |
|---|---|
| | **Accessing your course on a PC, Smartphone, or Tablet:**<br><br>Own multiple devices and want to learn on the go? Don't Worry! You can access your course on multiple devices including a PC, Smartphone, tablet,r even on smart tv.<br><br>**For PC:**<br><br>Login to www.learnfly.com by using your username and password and go to Browse Library & start learning online on our platform. You must be connected to a good internet connection to access course lectures, videos, and assignments on our platform.<br><br>**For Mobile/Tablet and Smart TV:**<br><br>You can access the course on mobile by directly logging in to your account on www.learnfly.com or downloading an app for android or an iOS device.<br><br>*App is currently available in selected geos.<br>https://support.learnfly.com/hc/en-us/articles/10584640826130-How-it-works |

| | |
|---|---|
| | <br>https://www.learnfly.com/teachings |

| | |
|---|---|
| | <br>https://www.learnfly.com/ |

| | |
|---|---|
| | <br>https://www.learnfly.com/posts/course_search |

| | |
|---|---|
| | <br><br>https://www.learnfly.com/django-web-development-with-few-concepts |
| searching for a second user computing device possessing a copy of said file; | The accused instrumentality practices searching for a second user computing device (e.g., a device of an operator of the accused instrumentality) possessing a copy of said file (e.g., a course, etc.).<br><br>As shown below, the accused instrumentality allows users to request a search for courses uploaded by various instructors. The computing device of the accused instrumentality |

| | |
|---|---|
| **Col 15: lines 43-52**<br><br>*In step 100, the P2P service provider server (P2P server) receives a search query from User 1 operating a first end user device. <u>In step 102, the server searches its discography database for a match to the search query.</u> If there is at least one match, in step 104, the server displays one or more files available from other members or premium services matching the query. In step 106, the server receives selection of a particular file, File A, located in a second end user device associated with User 2, or in the premium* | retrieves the available courses for the user request from its database.<br><br><br><br>https://www.learnfly.com/posts/course_search |

| | |
|---|---|
| *database, if none is found for downloading from a second end user device.* | <br>https://www.learnfly.com/django-web-development-with-few-concepts |

learnfly Skill Launchpad · Browse Library · Type to find a course here... · Find Courses · Business Solutions · Become an Instructor · SIGN IN · SIGN UP

**Privacy Policy**

Welcome to Learnfly, an online learning community to master real-world skills. The Learnfly website and service including (without limitation) all websites, mobile applications and other interactive properties through which the service is delivered (collectively, the "Service") are owned, operated and distributed by Learnfly LLC, USA and other subsidiaries including Techvedic International SL, Spain, & Learnfly Edtech Ltd, UK (referred to in these Terms of Service as "Learnfly" or "we" and through similar words such as "us," "our," etc.). By accessing any part of the Services, you are agreeing to the terms and conditions described below (this "Privacy Policy") and the terms and conditions of our terms of service (the "Terms of Service"). If you do not agree to any of these terms, you should not use the Services. This Privacy Policy applies to all users, including both users who are simply viewing content available via the Services and users who have registered as members of Learnfly.

https://learnfly.com/privacy-policy

You hereby grant to Learnfly a non-exclusive, royalty-free, worldwide, perpetual license, with the right to sub-license, to reproduce, distribute, transmit, create derivative works of, publicly display and publicly perform any User Submissions or any other materials or information (including, without limitation, ideas for new or improved products or services) you communicate to Learnfly by all means and in any media now known or hereafter developed. You also grant to Learnfly the right to use your name in connection with the submitted materials and other information as well as in connection with all advertising, marketing and promotional material related thereto. You agree that you shall have no recourse against Learnfly for any alleged or actual infringement or misappropriation of any proprietary right in your communications to Learnfly.

https://www.learnfly.com/terms-of-use

As shown below, the accused instrumentality utilizes CDN network. A CDN network checks which computing device (e.g., search for a second computing device, etc.) has cached the desired content. If it is not cached in hierarchy, it goes to an origin computing device for the content.

Verified CDN — View Global Trends

Cloudflare CDN

Cloudflare CDN Usage Statistics · Download List of All Websites using Cloudflare CDN

Content owned by this site hosted on the Cloudflare CDN.

https://builtwith.com/learnfly.com

| | |
|---|---|
| | A Content Delivery Network (CDN) is a geographically distributed network of servers and data centers designed to deliver web content to users more efficiently and reliably. It works by caching content at edge servers located closer to end-users, reducing latency and improving website performance.   CDN Layers https://medium.com/@roopa.kushtagi/a-z-of-content-delivery-networks-cdn-making-the-internet-faster-and-more-reliable-57786b46a058 |

| | |
|---|---|
| | In this structure, the CDN proxy servers are organized into a hierarchy resembling a tree, with edge proxy servers at the bottom and parent proxy servers above them. The edge proxy servers, which are closest to the end-users, have peer servers within the same hierarchy. These peer servers receive data from the parent nodes in the tree, which, in turn, receive data from the origin servers.<br><br>The data distribution process involves copying content from the origin server to the proxy servers by traversing different paths within the tree structure. Each level of the hierarchy plays a role in propagating content downstream to the edge servers, ensuring efficient delivery to end-users.<br><br>https://medium.com/@roopa.kushtagi/a-z-of-content-delivery-networks-cdn-making-the-internet-faster-and-more-reliable-57786b46a058 |
| allowing said first user to download said file to a hard drive of a first user computing device from a second user computing device possessing a copy of said file, provided that said file does not include a file tag indicating a gap in ownership where | The accused instrumentality practices allowing said first user (e.g., a user of the accused instrumentality) to download said file (e.g., downloading a course, etc.) to a hard drive of a first user computing device (e.g., a PC, a smartphone, etc. of a user of the accused instrumentality) from a second user computing device (e.g., a device of an operator of the accused instrumentality) possessing a copy of said file (e.g., a course, etc.), provided that said file (e.g., a course, etc.) does not include a file tag (e.g., a metadata, etc.) indicating a gap in ownership (e.g., copyright of courses, etc.) where one or more content owners (e.g., instructors) were not compensated.<br><br>As shown below, the accused instrumentality allows users to request a search for courses uploaded by various instructors. The computing device of the accused instrumentality retrieves the available courses for the user request from its database. The customer can download a course after purchasing a subscription plan. |

| | |
|---|---|
| one or more content owners were not compensated;<br><br>**Col 15: lines 43-52**<br><br>*In step 100, the P2P service provider server (P2P server) receives a search query from User 1 operating a first end user device. In step 102, the server searches its discography database for a match to the search query. If there is at least one match, in step 104, the server displays one or more files available from other members or premium services matching the query. In step 106, the server receives selection of a particular file, File A, located in a* | The instructor owns copyright for their uploaded courses. Also, the accused instrumentality reviews uploaded courses by the instructors along with a metadata of the content. The customer can use and download only those particular courses that satisfy the content license agreement specified by the accused instrumentality.<br><br><br><br>https://www.learnfly.com/users/learnerprofile |

| | |
|---|---|
| *second end user device associated with User 2, or in the premium database, if none is found for downloading from a second end user device.* | <br>https://www.learnfly.com/posts/course_search<br><br><br>**Privacy Policy**<br>Welcome to Learnfly, an online learning community to master real-world skills. The Learnfly website and service including (without limitation) all websites, mobile applications and other interactive properties through which the service is delivered (collectively, the "Service") are owned, operated and distributed by Learnfly LLC, USA and other subsidiaries including Techvedic International SL, Spain, & Learnfly Edtech Ltd, UK (referred to in these Terms of Service as "Learnfly" or "we" and through similar words such as "us," "our," etc.). By accessing any part of the Services, you are agreeing to the terms and conditions described below (this "Privacy Policy") and the terms and conditions of our terms of service (the "Terms of Service"). If you do not agree to any of these terms, you should not use the Services. This Privacy Policy applies to all users, including both users who are simply viewing content available via the Services and users who have registered as members of Learnfly.<br>https://learnfly.com/privacy-policy<br><br><br>You hereby grant to Learnfly a non-exclusive, royalty-free, worldwide, perpetual license, with the right to sub-license, to reproduce, distribute, transmit, create derivative works of, publicly display and publicly perform any User Submissions or any other materials or information (including, without limitation, ideas for new or improved products or services) you communicate to Learnfly by all means and in any media now known or hereafter developed. You also grant to Learnfly the right to use your name in connection with the submitted materials and other information as well as in connection with all advertising, marketing and promotional material related thereto. You agree that you shall have no recourse against Learnfly for any alleged or actual infringement or misappropriation of any proprietary right in your communications to Learnfly.<br>https://www.learnfly.com/terms-of-use |




https://www.learnfly.com/django-web-development-with-few-concepts

1.Instructor Obligations

As an instructor, you are responsible for all content that you post, including lectures, quizzes, coding exercises, practice tests, assignments, resources, answers, course landing page content, labs, assessments, and announcements ("**Submitted Content**").

You represent and warrant that:

- you will provide and maintain accurate account information;
- you own or have the necessary licenses, rights, consents, permissions, andauthority to authorize Learnfly to use your Submitted Content as specified inthese Terms and the Terms of Use;
- your Submitted Content will not infringe or misappropriate any third party'sintellectual property rights;

https://support.learnfly.com/hc/en-us/articles/19632985045138-Instructor-Content-Standard-Agreement

**2. License to Learnfly**

You grant Learnfly the rights detailed in the Terms of Use to offer, market, and otherwise exploit your Submitted Content. This includes the right to add captions or otherwise modify Submitted Content to ensure accessibility. You also authorize Learnfly to sublicense these rights to your Submitted Content to third parties, including to students directly and through third parties such as resellers, distributors, affiliate sites, deal sites, and paid advertising on third-party platforms.

https://support.learnfly.com/hc/en-us/articles/19632985045138-Instructor-Content-Standard-Agreement

You hereby grant to Learnfly a non-exclusive, royalty-free, worldwide, perpetual license, with the right to sub-license, to reproduce, distribute, transmit, create derivative works of, publicly display and publicly perform any User Submissions or any other materials or information (including, without limitation, ideas for new or improved products or services) you communicate to Learnfly by all means and in any media now known or hereafter developed. You also grant to Learnfly the right to use your name in connection with the submitted materials and other information as well as in connection with all advertising, marketing and promotional material related thereto. You agree that you shall have no recourse against Learnfly for any alleged or actual infringement or misappropriation of any proprietary right in your communications to Learnfly.

https://www.learnfly.com/terms-of-use

| | |
|---|---|
| | How does Learnfly ensure the quality of its course content?<br><br>Learnfly collaborates with industry experts and experienced instructors to develop high-quality course content. Additionally, user feedback and regular updates help us maintain the relevance and excellence of our courses, ensuring a valuable learning experience.<br><br>https://www.learnfly.com/<br><br>What happens next once i post my course?<br><br>Once you post your course with us, our team review & approve the course within 24 hours, Once the course is approved, we make it live on our platform and make it visible to the students.<br><br>https://www.learnfly.com/teachings |
| processing a debit | The accused instrumentality practices processing a debit of an account (e.g., charging |

| | |
|---|---|
| of an account on a server corresponding to said first user;<br><br>**Col 15: lines 56-58**<br><br>*The server thus proceeds, in step 110, to charge User 1 a monetary amount (Dollar, Euro, etc.) for the downloading of File A.*<br><br>**Col 15: lines 66-67**<br>**Col 16: lines 1-5**<br><br>*The User may also have the option of selecting how they would like to pay for the file, for example, with a credit card, paypal, debiting a gift card, deducting credits from the user's account and the like. Information regarding a user's* | user's account) on a server (e.g., a payment server, etc.) corresponding to said first user (e.g., a user of the accused instrumentality).<br><br>As shown below, the accused instrumentality allows users to request a search for courses uploaded by various instructors. The computing device of the accused instrumentality retrieves the available courses for the user request from its database. The customer can download a course after purchasing a subscription plan. Further, the customer account is charged and thereby granting license to use the selected course.<br><br><br>https://www.learnfly.com/posts/course_search |

| | |
|---|---|
| *payment accounts or methods and payment preference may be stored on the server.* | <br><br>https://www.learnfly.com/django-web-development-with-few-concepts<br><br>As shown below, the accused instrumentality allows a customer to use and download the course after purchasing a subscription plan. |




https://www.learnfly.com/subscription

**Step 2: Signup for a subscription plan**

Once you are signed in, you can now purchase a single course or buy a subscription plan by clicking on a subscribe button next to the course page. You can also visit the plans & subscription page to compare the subscription plans. If you are a team & looking to create an account for your employees, you can signup for a **Team Subscription**. Contact support for more help with Team Plans & setup.

https://support.learnfly.com/hc/en-us/articles/10584640826130-How-it-works

As shown below, the customer account is debited.

| | |
|---|---|
| | <br>https://www.learnfly.com/addtocart/82/product/29/1/18521 |
| processing a credit of an account on a server corresponding to said second user; and | The accused instrumentality practices processing a credit of an account on a server (e.g., a payment account of the accused instrumentality) corresponding to said second user (e.g., an operator of the accused instrumentality).<br><br>As shown below, the accused instrumentality allows users to request a search for courses uploaded by various instructors. The computing device of the accused instrumentality retrieves the available courses for the user request from its database. The customer can download a course after purchasing a subscription plan. Further, the customer account is charged, and the operator of the accused instrumentality receives the payment, thereby granting license to use the selected course. |




https://www.learnfly.com/posts/course_search

| | |
|---|---|
| | <br>https://www.learnfly.com/django-web-development-with-few-concepts<br><br>As shown below, the accused instrumentality allows a customer to use and download the course after purchasing a subscription plan. |




https://www.learnfly.com/subscription

## Step 2: Signup for a subscription plan

Once you are signed in, you can now purchase a single course or buy a subscription plan by clicking on a subscribe button next to the course page. You can also visit the plans & subscription page to compare the subscription plans. If you are a team & looking to create an account for your employees, you can signup for a **Team Subscription**. Contact support for more help with Team Plans & setup.

https://support.learnfly.com/hc/en-us/articles/10584640826130-How-it-works




https://www.learnfly.com/addtocart/82/product/29/1/18521




https://learnfly.com/privacy-policy

| | |
|---|---|
| | You hereby grant to Learnfly a non-exclusive, royalty-free, worldwide, perpetual license, with the right to sub-license, to reproduce, distribute, transmit, create derivative works of, publicly display and publicly perform any User Submissions or any other materials or information (including, without limitation, ideas for new or improved products or services) you communicate to Learnfly by all means and in any media now known or hereafter developed. You also grant to Learnfly the right to use your name in connection with the submitted materials and other information as well as in connection with all advertising, marketing and promotional material related thereto. You agree that you shall have no recourse against Learnfly for any alleged or actual infringement or misappropriation of any proprietary right in your communications to Learnfly.<br>https://www.learnfly.com/terms-of-use |
| processing a license fee to at least one content owner of said file. | The accused instrumentality practices processing a license fee (e.g., royalties) to at least one content owner (e.g., an instructor) of said file (e.g., courses, etc.).<br><br>As shown below, the accused instrumentality allows users to request a search for courses uploaded by various instructors. The computing device of the accused instrumentality retrieves the available courses for the user request from its database. The customer can download a course after purchasing a subscription plan. Further, the customer account is charged, and the accused instrumentality receives the payment, thereby granting license to use the selected course. When the customer uses or purchases these courses, instructors (e.g., a content owner) earn royalties based on the sales of the course.<br><br> |

https://www.learnfly.com/teachings




https://www.learnfly.com/teachings

| | |
|---|---|
| | Choose Create Connect Earn<br><br>**Create**<br><br>**Create & sell online courses**<br>Create a course replete with insights, examples, & opportunities. Make utmost use of the state-of-the-art and free-to-use course design tools to structure your own online courseware.<br><br>**Learnfly: Best online course hosting platform**<br>Use our resources to become an instructor and earn money by teaching students across the globe. We have a resource center and an active community of instructors which can guide you through via their insights and your queries.<br><br><br><br>https://www.learnfly.com/teachings |




https://www.learnfly.com/teachings

| | |
|---|---|
| | **How much an instructor can can make per month by promoting a course on Learnfly.com?**<br><br>Every course has different level of demand on our platform. Therefore we can't give you the exact number. However, if you have approx 7-10 good demanding courses on our platform , you can expect an average earning of $1500 to $2500 / month. There is no limit that how much you can earn out our platform. There are some hot demanding courses that have clocked around $8k to $10k per month.<br>https://www.learnfly.com/teachings<br><br>**Instructor Revenue Share Model (Subscriptions)**<br><br>1 year ago · Updated<br><br>There is no fee to create and host a course on Learnfly, and you can publish as many free and paid courses as you like. We believe in a sustainable partnership, where instructors are rewarded for creating amazing content and bringing students to the platform, and Learnfly is rewarded for driving new students to our instructors.<br>https://support.learnfly.com/hc/en-us/articles/10584810841618-Instructor-Revenue-Share- |

| | |
|---|---|
| | Model-Subscriptions<br><br>**Instructor Revenue Share Overview**<br><br>Learnfly Instructors earn revenue from subscribed users based on a royalty system or as per the minutes watched by subscribing students. Each month, between 30% and 50% of Learnfly's total Premium membership revenue goes to a royalty pool for Instructors. The remaining revenue goes towards marketing and promoting your classes, supporting and investing in the website and platform, and running the day-to-day operations of our business.<br><br>Through our royalty model, Instructors are paid out based on their share of the minutes watched by Premium students across the platform each month. Currently, our royalty payout rate is **$0.008 per minute** of video watched. The first 30 minutes of the video are not counted in payouts. Below is a typical example of Instructor payout:<br>https://support.learnfly.com/hc/en-us/articles/10584810841618-Instructor-Revenue-Share-Model-Subscriptions<br><br>On the subscription model, the size of the royalty pool and the number of minutes watched on Learnfly fluctuates from month to month. The fluctuations are based on subscriber activity, as well as the costs of operating the website (such as video hosting), and our marketing and promotion of your classes. Still, it is always true that the more minutes students watch in your class(es), the higher the share of the monthly royalty pool you will earn. On average, first-time Instructors earn $200 in their first month on Learnfly, with top teachers earning upwards of $4,000!<br><br>https://support.learnfly.com/hc/en-us/articles/10584810841618-Instructor-Revenue-Share-Model-Subscriptions |

| | |
|---|---|
| | **7. Payments**<br>If You do not opt into any of Learnfly's optional Marketing Programs, we will pay You seventy six percent (76%) of the Net Amount received for Your Course less any applicable deductions such as Student refunds ("Standard Revenue Share"). If Learnfly changes the Standard Revenue Share, we will provide you thirty (30) day notice via email or prominent notice on the Services.<br>https://www.learnfly.com/instructor-terms-conditions<br><br>1.Instructor Obligations<br><br>As an instructor, you are responsible for all content that you post, including lectures, quizzes, coding exercises, practice tests, assignments, resources, answers, course landing page content, labs, assessments, and announcements ("**Submitted Content**").<br><br>You represent and warrant that:<br>• you will provide and maintain accurate account information;<br>• you own or have the necessary licenses, rights, consents, permissions, andauthority to authorize Learnfly to use your Submitted Content as specified inthese Terms and the Terms of Use;<br>• your Submitted Content will not infringe or misappropriate any third party'sintellectual property rights;<br>https://support.learnfly.com/hc/en-us/articles/19632985045138-Instructor-Content-Standard-Agreement<br><br>**2. License to Learnfly**<br><br>You grant Learnfly the rights detailed in the Terms of Use to offer, market, and otherwise exploit your Submitted Content. This includes the right to add captions or otherwise modify Submitted Content to ensure accessibility. You also authorize Learnfly to sublicense these rights to your Submitted Content to third parties, including to students directly and through third parties such as resellers, distributors, affiliate sites, deal sites, and paid advertising on third-party platforms.<br>https://support.learnfly.com/hc/en-us/articles/19632985045138-Instructor-Content- |

| | |
|---|---|
| | Standard-Agreement |